Clarise E. Pryde, appellee, v. The Equitable Life Assurance Society of the United States, appellant. Gen. No. 36,892.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.
Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham and Miles G. Seeley, of counsel. David K. Tone and Morse Ives, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

Teresa M. Gottschalk, plaintiff in error, v. Fred Becklenberg and Maria Becklenberg, defendants in error. Gen. No. 37,411.

Opinion filed March 29, 1935.
Hubert E. Page, Raymond M. Smith and R. H. Wehmhoff, for plaintiff in error; Hubert E. Page and R. H. Wehmhoff, of counsel. Shulman, Shulman & Abrams, for defendants in error; Meyer Abrams, of counsel.
Mr. Justice Sullivan delivered the opinion of the court.

Edward H. Morris, receiver for the Binga State Bank, appellant, v. Adelbert H. Roberts, Sr., appellee. Gen. No. 37,547.

Opinion filed March 29, 1935.
James B. Cashin, for appellant; Thomas P. Harris, of counsel. Albert B. George, for appellee; Sidney A. Jones, of counsel.
Mr. Justice Sullivan delivered the opinion of the court.